

*A Pennsylvania Professional Corporation*
ATTORNEYS AT LAW
www.finemanlawfirm.com

**PHILADELPHIA OFFICE**
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA  19103-1628
(215) 893-9300
Fax: (215) 893-8719

**MONICA M. LITTMAN**
Direct Dial: (215) 893-8749
E-Mail: mlittman@finemanlawfirm.com
Admitted in PA and NJ

**NEW JERSEY OFFICE**
20 Brace Road
Suite 350
Cherry Hill, NJ  08034
(856) 795-1118
Fax: (856) 795-1110

*Please Reply to Philadelphia Office*

October 7, 2019

<u>**Via ECF**</u>

The Honorable Ann Marie Donio
Magistrate Judge, U.S. District Court, D.N.J.
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th & Cooper Streets
Camden, NJ  08101

    Re:    Keith Stackhouse, on behalf of himself and all others similarly situated v.
            Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution
            Services and John Does i-25
            U.S.D.C., D.N.J., No. 1:18-cv-14943-KSH-CLW
            Our File No. 3644/00001

Dear Judge Donio:

        I represent Defendant, Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services, in the above-matter.  I am writing this letter with the consent of counsel for Plaintiff, Keith Stackhouse.  On September 24, 2019, the parties finalized the settlement papers in this case.  The settlement proceeds are due by October 24, 2019.  Accordingly, in order to allow time for the funds to clear, the parties anticipate filing a Stipulation of Dismissal by November 15, 2019.  Please contact me if you have any questions.

                                                        Respectfully,

                                                          /s/ Monica M. Littman
                                                          Monica M. Littman

    cc:    Joseph K. Jones, Esq. (via ECF)
            Benjamin J. Wolf, Esq. (via ECF).

{01641028;v1}